**COM.**

v.

**MASTEN, S.**

**917 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–51–CR–0005766–2014 (Philadelphia)

Affirmed

**COM.**

v.

**GALL, D.**

**1468 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–39–SA–0000024–2016, (Lehigh)

Affirmed

**ANGLE, R.**

v.

**SMITH, A.**

**1934 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

C–48–CV–2014 6431 (Northampton)

Affirmed

**COM.**

v.

**TAPIA, R.**

**2782 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–09–CR–0006457–2009 (Bucks)

Affirmed

**IN the INTEREST OF:**
**Y.K.W., a Minor**

**3207 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–51–AP–0000786–2015,    CP–51–DP–0001907–2013 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF:**
**K.D.W., a Minor**

**3208 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–51–AP–0000785–2015,    CP–51–DP–0001908–2013 (Philadelphia)